IN THE SUPREME COURT OF THE STATE OF KANSAS

No. 125,083

In the Matter of the Petition of DEREK SCHMIDT, Attorney General,
to Determine the Validity of
Substitute for Senate Bill 563.

SYLLABUS BY THE COURT

In this original action brought by the Attorney General of Kansas to determine the validity of the Legislature's reapportionment of state senatorial and representative districts, it is held the legislative enactment is valid.

Original action. Opinion filed May 18, 2022. Validity of Substitute for Senate Bill 563, reapportioning state senatorial and representative districts, is upheld.

*Derek Schmidt*, attorney general, argued the cause, and *Jeffrey A. Chanay*, chief deputy attorney general, *Brant M. Laue*, solicitor general, *Dwight R. Carswell*, deputy solicitor general, *Shannon Grammel*, deputy solicitor general, and *Kurtis K. Wiard*, assistant solicitor general, were with him on the petition and briefs for petitioner.

*Mark P. Johnson*, of Dentons US LLP, of Kansas City, Missouri, argued the cause, and *Stephen R. McAllister*, of the same firm, was with him on the brief for intervenor Senator Thomas Holland.

The opinion of the court was delivered by

STEGALL, J.: Because the Constitution requires this court to enter judgment within 30 days from the filing of the petition, today we announce our decision unanimously

1

upholding the validity, under article 10, section 1 of the Kansas Constitution, of the state senatorial and representative districts contained in Substitute for Senate Bill No. 563.

A full opinion describing the facts, rationale, and holdings of the court is forthcoming.